No. _____   CR 07 00507 JF   RS

# UNITED STATES DISTRICT COURT FILED

## NORTHERN DISTRICT OF CALIFORNIA 2007 AUG -2 A 8: 17

SEALED BY ORDER OF THE COURT

### *SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## THE UNITED STATES OF AMERICA

### *VS.*

### RICARDO SAEZ  and
### STEVEN MORENO,

# INDICTMENT

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) –
Conspiracy to  Distribute Methamphetamine.
Count Two: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.
Count Three: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.
Count Four: Title 21, United States Code, Sections 841 (a)(1)  and 841(b)(1)(A)(viii) –
Distribution of  Methamphetamine.

*A true bill.*

*Kamaria L Will*
*Foreperson*

*Filed in open court this* ___1___ *day of* *Aug. 2007*

*A.D. 2007*

_____
*UNITED STATES  MAGISTRATE JUDGE*

DOCUMENT NO.   CSA's INITIALS
DISTRICT COURT CASE PROCESSING

*Bail.* $ ___NO BAIL WARRANT RS___

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -2  A 8: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00507

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § – Conspiracy |
| | ) | to Distribute Methamphetamine; 21 U.S.C. |
| v. | ) | § 841(a)(1) - Distribution of |
| | ) | Methamphetamine |
| RICARDO SAEZ and | ) | |
| STEVEN MORENO, | ) | |
| | ) | |
| Defendants. | ) | SAN JOSE VENUE |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii))

On or about September 9, 2005, and continuing through September 21, 2005, in the Northern

District of California, the defendants,

RICARDO SAEZ and
STEVEN MORENO,

did knowingly and intentionally conspire with each other and with others unknown to the Grand

INDICTMENT

1  Jury to distribute a controlled substance, to wit, approximately 50 grams and more of

2  methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a

3  mixture and substance containing a detectable amount of methamphetamine, in violation of Title

4  21, United States Code, Sections 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).

5  COUNT TWO:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

6  On or about September 9, 2005, in the Northern District of California, the defendants,

7  RICARDO SAEZ and
8  STEVEN MORENO,

9  did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of

10  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United

11  States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

12  COUNT THREE:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

13  On or about September 15, 2005, in the Northern District of California, the defendants,

14  RICARDO SAEZ and
15  STEVEN MORENO,

16  did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of

17  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United

18  States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

19  COUNT FOUR:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

20  On or about September 21, 2005, in the Northern District of California, the defendants,

21  RICARDO SAEZ and
22  STEVEN MORENO,

23  did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of

24  //
25  //
26  //
27  //
28  //

**INDICTMENT**                                     2

1  methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a

2  mixture and substance containing a detectable amount of methamphetamine, in violation of Title

3  21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).

4

5                                                    A TRUE BILL.

6

7  DATED: 8/1/07                                     _____
                                                     FOREPERSON
8

9

10  SCOTT N. SCHOOLS
    United States Attorney
11

12

13  DAVID R. CALLAWAY
    Deputy Chief, San Jose Office
14

15

16  (Approved as to form: _____ )
                           AUSA O'Connell
17

18

19

20

21

22

23

24

25

26

27

28

**INDICTMENT**                          3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

SEE ATTACHMENT TO PENALTY SHEET

FILED

2001 AUG -2 A 8 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

SEE ATTACHMENT TO PENALTY SHEET

CR 07 00507 JF  RS

─── DEFENDANT - U.S. ───

► STEVEN MORENO

DISTRICT COURT NUMBER

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  SHOW DOCKET NO.

☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance  *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA
v.
RICARDO SAEZ and
STEVEN MORENO

## ATTACHMENT TO PENALTY SHEET

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) –
Conspiracy to Distribute Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Four: Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(A)(viii) –
Distribution of Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

1

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

SEALED BY ORDER OF THE COURT

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

CR 07 00507 JF RS

---

**DEFENDANT - U.S.**

FILED

▶ RICARDO SAEZ

2007 AUG -2 A 8: 17

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

---

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

**Name and Office of Person Furnishing Information on THIS FORM**

SCOTT N. SCHOOLS

☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**

THOMAS M. O'CONNELL

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA

v.

RICARDO SAEZ and
STEVEN MORENO

ATTACHMENT TO PENALTY SHEET

Count One: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) –
Conspiracy to  Distribute Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment

Count Two: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Three: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of Methamphetamine.

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000.00 fine
4 years of supervised release
$100 special assessment

Count Four: Title 21, United States Code, Sections 841 (a)(1)  and 841(b)(1)(A)(viii) –
Distribution of  Methamphetamine.

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000.00 fine
5 years of supervised release
$100 special assessment