UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 12/3/2007
**Case No:** CR- 07-0507-02 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Steven Moreno (NC) (2)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Geoffrey Braun

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Defendant plead guilty as to Count THREE (3) of the Indictment. A plea agreement was executed in open court. The Court referred this matter to the Probation Office for preparation of a presentence investigation report. The Government made an oral motion to dismiss remaining Counts ONE (1), TWO (2), and FOUR (4). The Court took this motion under submission until the date for sentencing. The Court set a date for sentencing on March 10, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: