1  **GEOFFREY A. BRAUN**
   Bar #46562
2  181 Devine St.
   San Jose, CA 95110
3  (408) 288-9512

4  Attorney for Defendant
   Steven Moreno

FILED

2008 MAR -3 P 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5                    IN THE UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
7

8   UNITED STATES OF AMERICA,           ) No. CR 07-00507 JW
                                        )
9                    Plaintiff,         ) DEFENDANT'S SENTENCING
                                        ) MEMORANDUM
10                                      )
              vs.                       )
                                        )
11  STEVEN MORENO,                      )
                                        )
12                   Defendant.         )
                                        )
13  _____ )

14        Defendant STEVEN MORENO respectfully submits this Sentencing Memorandum

15  pursuant to F.R.Crim.Pro., Rule 32(f).

16        The Presentence Investigation Report prepared by the probation officer is generally

    accurate, complete, and reasonable in its recommendation and defendant has no objection to it;

17  however he does wish to suggest that the Court consider additional matters pertaining to the

18  history and characteristics of the defendant as permitted by 18 U.S.C. §3553(a).  Defendant

19  apologizes to the Probation Officer and the Court for not earlier bringing these matters to the

20  Probation Officer's attention, including certain letters of support which he submits herewith.

21        The Probation Officer correctly describes defendant Moreno's employment history, but

    defendant wishes to emphasize that his work history is very stable and consistent, and includes a

22  10-year period with one employer (Waste Management Systems) during which he rose to a

23  supervisory position.  Defendant also points out that with the exception of a driving under the

24  influence of alcohol conviction, the present case constitutes his only criminal offense.  The

25  offense occurred in September of 2005, but there was no evidence or other indication that by the

26  date of Mr. Moreno's arrest in August of 2007, he was any longer involved in distributing

27  controlled substances.  Thus it appears that Mr. Moreno came to the realization on his own that

    what he was doing was wrong and that he voluntarily ceased that activity before he was arrested.

28

1      Mr. Moreno also has a good family history. Although he is divorced from his first wife,

2 he maintains a good relationship with her and shares in the care and upbringing of his two

3 children. He has been involved in a steady relationship for the past four years with a professional

  woman (a bank fraud investigator) to whom he is engaged. They have a child together and Mr.

4 Moreno also acts as a proper father figure to her son by a previous relationship. Mr. Moreno

5 obviously wishes to serve his time as quickly as possible so that he can continue to provide the

6 financial and emotional support that his children deserve.

7      From the letters of support enclosed herewith, it seems apparent that with the exception

  of the 2005 offense of which he stands convicted in this proceeding, Mr. Moreno has always

8 been and may be expected to continue to be a productive and contributing member of society.

9 Under the circumstances it would seem appropriate to impose a sentence somewhat under the

10 low end of the range indicated by the sentencing guidelines. Defendant apologizes for his crime

11 and requests that the Court consider a sentence somewhat shorter than the low end of the

12 guideline range.

13

  Dated: February 29, 2008

14 At San Jose, CA.

15

16

17                             Respectfully submitted,

18                             GEOFFREY A. BRAUN

19                             Attorney for Defendant

                             STEVEN MORENO

20

21

22

23

24

25

26

27

28

## Trdla's Gutter Systems
**461 Victor Way Suite 6**
**Salinas, CA 93907**

**Office: (831) 449-8170 Salinas**
**       (831) 899-7166 Monterey/ Seaside**
**Fax:   (831) 449-1988**

**Email: trdlasguttersystem@sbcglobal.net**

February 26, 2008

To Whom It May Concern:

On September 6, 2006 Steven Moreno came to work at Trdla's Gutter Systems. He came without previous experience in this trade. He did however, show the desire to work and the drive to learn. Steven takes his job very seriously and has proven this by his punctuality, efficiency, and conduct. His priority is to completely satisfy the customer and his workmanship exceeds expectations.

The ability Steven has to speak English/Spanish has opened up opportunities for himself and Trdla's Gutter Systems. The knowledge of the two languages allows him to communicate and translate. As a result, there has been an increase with the sale of jobs. There is no question, his position will be available to him once his legal obligations have been fulfilled.

Due to the recent turn of events Trdla's Gutter Systems will greatly feel the impact of Steven Moreno's absence. We have been well informed of appointments, dates, and other pertinent information. This action on Steven's behalf shows a responsibility toward his employment. Also, has added to the level of trust and respect in our employer/employee relationship which has been established.

In the past eighteen months, Steven has proven to be extremely patient. A genuine person and a man who loves his family. We have greatly appreciated the dedication and all Steven has brought forth. It will be difficult to fill this void until Steven's return.

Sincerely,

Chyneen Trdla- owner



**WASTE MANAGEMENT**

**PORT-O-LET (AJAX PORTABLE SERVICES)**
1601 Lana Way
Hollister, CA 95023
(831) 637-5113
(831)637-0205 Fax

February 25 , 2008

To Whom It May Concerns;

Re: Steven Moreno

I am a manager at Waste Management at Hollister , California , where I have been employed since 1973 . Steve Moreno , was employed as manager overseeing 15 to 20 employees , from 1997 through 2006 , During those years , I have never met another person as devoted to the job , and as caring about his fellow employees , as Steven Moreno . The term , will give you his shirt off of his back , is true in Steve case . I don't usually write letters , supporting individuals , but in this case , I would like to do all that I can to express my support for him , and ask that you consider Steve background in helping people in any way possible , often giving more of himself than anyone I have ever known .
I first met Steve in April , 1997 , and we have never had a disagreement about anything , nor have I seen him get upset with anyone . He is just a easy going , very compassionate person , that is sometimes , too nice for his own good , but then... This is how Steve is.
If I can be of any assistance in any matter concerning Steven Moreno , please do not hesitate to contact me at 510-719-4511 , or you may e-mail me at lmcgast1@wm.com

Best Regards ,

Leslie Mcgaster

1



# Plumbing - Heating - Electric

License # 898328
**401 Victor Way. #5**
**Salinas Ca 93907**
**831-442-9933**
WWW.apex831.com

**MONTEREY**        **SALINAS**        **SANTA CRUZ**

2/25/08
**Steven Moreno**
**1556 Verona ct**
Salinas ca, 93905
PH:    831-757-3139
To whom it may concern;
Re: Mr. Steven Moreno
Character reference;
Sir/Madam,
This is to recommend/certify facts regarding Mr. Moreno's character; he has been a
Friend and part time employee of Apex inc. for 2yrs. We have never had any issues with
his character or tenure; I highly recommend and would not hesitate to testify to his
character and outstanding personality.
He is very personable and hard working. He is an asset to this company and to our
customer base. We have never had any complaints regarding him from a customer.
On a personal level, he has been a good and loyal friend; he is well liked by my family,
my kids, my sisters, brothers. I would like to ask the court leniency to time required vs.
actual time to be served based on the fact that a person of his character is very hard to
find.
Knowing Mr. Moreno for the period of time that I knew him, he is welcome back here for
a job anytime and I would not hesitate to hire him again.
Thank you for taking this letter into consideration before any decisions is made.

Sincerely,
Manoj Kumar Khelawan
V.P. New Business Development
Apex Inc.
831-442-9933 office, 831-905-2177 cell, 831-442-3533 Fax
mkumar@apex831.com email
www.apex831.com

February 28, 2008

Re:   **Steven Moreno**
      **1556 Verona CT**
      **Salinas CA, 93905**

To Whom It May Concern,

My name is Chrystel Blanco, Fiancée of Steven Moreno. I'm employed with Hong Kong Shangai Banking Corporation as a Fraud Investigator for the past 6 years and 5 months. I've Known Steven Moreno for the past 17 years. I met Steven at church, where his father Juan Moreno ministers. We have now begun to start a new family with our 5 month old baby girl Aundrea Moreno. Steven has a lot of close friends and family who care for him very much. Steven is a responsible hard working person, and works well with his peers. I can honestly say that Steven is a dedicated father that is attentive, and caring to his children. Steven consistently focuses on his family, and work. Steven gets along and interacts well with people around him. He is appreciated by me, his children, brothers and sisters. I ask that you please take this letter into consideration, and I thank you for the opportunity to to write a brief summary of the person that Steven Moreno is today.

Sincerely,

Chrystel A. Blanco



## *Carmen Moreno*

512 Riker St. Salinas, CA 93901
(831) 905-3356 bella-moreno@hotmail.com

March 1, 2008

To Whom It May Concern,

This is to serve as a letter of character refrence for Steven Moreno. Said individual is my brother and someone I would stake my life on. Steven is devoted to his family. He is a loving father that plays a big part in his childrens lifes. I am a license daycare provider as a profession and I have his children in my daycare. I get to see Steven interact on a daily bases in his childrens day to day care. I have spend countless hours in his home and I see the love and devotion that he gives his family. Steven and his significant other, Chrystel, are a couple madly in love, that seem to do everything together. They have a good, solid relationship and have a beautiful daughter together that they are raising as devoted parents. They have a beautiful home that is a pleasure to visit. A loving home enviornment is felt as soon as you walk in their door. Steven gets along well with every single member of our family. He also has an excellent relationship with Chrystel's family. I can't emphasies enough how Steven is a people person. He is liked by everyone that knows him on a personal level or has crossed paths with in one way or another. He and his family attend church every Sunday as members of a congregation. I myself have a great relationship with my brother. We get to interact and spend a significant amount of time on a constant basis. I love my brother dearly and would without hesitation advocate on his behalf due to the fact that I personaly know what a great individual he is. He is a hard working individual that is family oriented and showers all of us with his love.
If I could be of further assistance, please don't hesitate to contact me.

Sincerely,

Carmen Moreno

U.S. DISTRICT Court
Northern District
COURT OF CALIFORNIA, COUNTY OF

| NAME OF MUNICIPAL OR JUSTICE COURT DISTRICT OR OF BRANCH COURT, IF ANY | FOR COURT USE ONLY |
|---|---|

**TITLE OF CASE (ABBREVIATED)**

United States v. Steven Moreno

**ATTORNEY(S) NAME AND ADDRESS**

GEOFFREY A. BRAUN
181 DEVINE STREET
SAN JOSE, CA  95110

**CASE NUMBER**

CR-07-00507JW

**ATTORNEY(S) FOR:** Defendant: Steven Moreno

**TELEPHONE** 408-288-9512

# DECLARATION OF SERVICE

Geoffrey A. Braun _____ Declares: I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action; I served the United States Attorney, Thomas O'Connell , AUSA

with the following: Defendant's Sentencing Memorandum _____ in this
(Here insert name of paper served)
action by personally delivering to and leaving with the following person___ in the County of Santa Clara , State of California, on the date set opposite their respective names, a true copy thereof, to-wit:

| | | |
|---|---|---|
| U.S. Attorney's Office | March 3, 2008 | 19 — |
| Brian Casai Ass't U.S. Prob. Officer | Feb. 29, 2008 | 19 — |
| | | 19 — |
| | | 19 — |
| | | 19 — |
| | | 19 — |

I certify (or declare), under penalty of perjury,* that the foregoing is true and correct.

Executed on March 3 , 2008 at San Jose , California.
(place)

_____
(Signature)

# DECLARATION OF SERVICE