JOSEPH R. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    E-Mail: Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00507- JW |
| Plaintiff, ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. ) | |
| STEVEN MORENO, ) | |
| Defendant. ) | |

    Defendant Steven Moreno comes before the court for sentencing pursuant to a plea agreement under Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure, having pled guilty to Count Three of the of the captioned indictment charging him with distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(B)(viii).

    The government agreed to recommend the low end of the Guideline calculations set out in the plea agreement, which stipulated that the defendant's adjusted offense level, if the Court found the safety valve provisions pursuant to U.S.S.G. §5C1.2 to be applicable, to be 23.

**Sentencing Memorandum (Moreno)**

1  Probation agrees with that calculation.  Probation has determined the defendant's Criminal
2  History Category to be I.   His U.S.S.G. range would therefore  therefore 46-57 months.  The
3  Government submits that a sentence within this range is a reasonable one.
4        Consistent with the plea agreement, the Government will move to dismiss Counts One,
5  Two, and Four of the indictment..

                                      JOSEPH R. RUSSONIELLO
                                      United States Attorney

Dated:  03/06/08                             /S/

                                      THOMAS M. O'CONNELL
                                      Assistant United States Attorney