UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/10/2008 | **Court Reporter:** Gina Colin |
| **Case No.:** CR-07-0507 JW | **U.S. Probation Officer:** Sonia Lapizco for Brian Casai |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Steven Moreno (NC)(2)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Geoffrey Braun

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court sentenced the Defendant as to Count Three (3) of the Indictment. The Court committed the Defendant to 36 months BOP custody, 3 years supervised release under the standard conditions and Court imposed special conditions; $100 special assessment. The Government moved to Dismiss Counts 1, 2 and 4. For the reasons stated on the record, the Court GRANTED the Government's motion. Defendant shall self-surrender to a BOP designated facility by May 9, 2008.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USMS